**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HISTORY ASSOCIATES INCORPORATED,

        Plaintiff,

    v.

U.S. SECURITIES AND EXCHANGE
COMMISSION,

        Defendant.

Case No. 1:24-cv-1858-ACR

**THE SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT**

Defendant U.S. Securities and Exchange Commission ("SEC") submits this status report to provide an update to the Court related to the information requested during the December 4, 2025 status conference.

As discussed in the SEC's January 9, 2026 status report (ECF 44 at 3), on July 29, 2025, the SEC reported to the National Archives and Records Administration the potential loss of federal records from 21 devices belonging to SEC Capstone officials. *See* Letter from Casey A. Coleman, Off. of Recs. Mgmt. Servs., Off. of Support Operations, U.S. Secs. & Exch. Comm'n, to Andi Vlaicu, Nat'l Archives & Recs. Admin. (July 29, 2025), available at https://www.sec.gov/files/072925-sec-unauthorized-disposition-notice-nara.pdf ("NARA Letter"). Though the SEC originally stated that four of the custodians that Plaintiff identified in this case had inaccessible devices that were reported to NARA (ECF 44 at 5-6), undersigned counsel has since determined that five custodians had inaccessible devices that were reported to NARA.

The SEC mistakenly did not identify the additional custodian because it appears that that custodian went by their middle name rather than their first name, which was not clear to

undersigned counsel based on the SEC records she had reviewed at the time.  The inaccessible device belonging to the additional custodian is number 15 in Appendix A to the NARA Letter, and it was wiped on or around June 3, 2024.  The additional custodian is not on the list of 16 custodians that Plaintiff identified in December 2025 as individuals for whom they seek text messages.  The SEC has provided Plaintiff with the name of the additional custodian.

Date: January 21, 2026

Respectfully submitted,

/s/ Alexandra Verdi
Alexandra Verdi
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (202) 551-5057
verdim@sec.gov

Attorney for Defendant

2