**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HISTORY ASSOCIATES INCORPORATED, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-1858-ACR |
| U.S. SECURITIES AND EXCHANGE COMMISSION, | |
| Defendant. | |

### STIPULATION OF DISMISSAL

Plaintiff History Associates Incorporated and Defendant U.S. Securities and Exchange Commission hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice.    The parties will bear their own fees, costs, and attorneys' fees, except as provided in the settlement agreement executed by the parties.

Date: August 7, 2026

Respectfully submitted,

/s/ Jonathan C. Bond
Eugene Scalia
Jonathan C. Bond
Nick Harper
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
escalia@gibsondunn.com
jbond@gibsondunn.com
nharper@gibsondunn.com

*Attorneys for Plaintiff*

/s/ Alexandra Verdi
Alexandra Verdi
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: 202.551.5057
verdim@sec.gov

*Attorney for Defendant*

1